# EXHIBIT A

# Financial Assistance, Inc.

1130 140th Avenue NE #100-A
Bellevue, WA 98005

(425) 641-3235          (800) 669-2661          M-F 8am to 5pm Pacific

30 JUN 2022                                     Account No. ███████

William K Kitchen
███████████████████

Re:   Consumer Credit Report Dispute

We are in receipt of a consumer dispute verification request from one of the credit reporting agencies listed below:

    Equifax Credit Information Services
    Trans Union, LLC
    Experian Credit Services
    CBCInnovis

The identity information reported to the above agency is as follows:

    William K Kitchen
    ███████████████████

The debt is being reported on behalf of
MOUNTAIN AMERICA CU - SHARE
If you have other information that effects the validity of the debt, the balance due, or supports your dispute, please forward a copy to this office. If you would like to discuss other options to resolve this matter, please call Gustavo Tejeda at 1-800-669-2661.

Sincerely,

Gustavo Tejeda

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify us within 30 days after receipt of this notice that you dispute the validity of this debt or any portion thereof, this debt will be assumed valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.