United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM KITCHEN, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-00555 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| FINANCIAL | § | |
| ASSISTANCE INC, | § | |
| Defendant. | § | |

## ORDER

Plaintiff William Kitchen has provided notice of settlement of his claims against Defendant Financial Assistance Inc. Dkt 17.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on May 17, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge